STANDARD MOTOR FREIGHT, INC., PLAINTIFF-PETITION-ER, CROSS-RESPONDENT, v. LOCAL UNION NO. 560, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, DEFENDANT-RESPONDENT, CROSS-PETITIONER.

On petitions for certification to Appellate Division, Superior Court.

*Messrs. Brenner & New* for the petitioner and cross-respondent.

*Messrs. Waldor, Beckerman, Hochberg & Franzblau* and *Mr. Edward A. Cohen* for the respondent and cross-petitioner.

July 1, 1966. Granted.

THE BOROUGH OF UPPER SADDLE RIVER, *ET AL.*, PLAIN-TIFFS-PETITIONERS, v. JAMES J. COGHLAN, DEFEND-ANT-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

*Mr. Samuel J. Davis* and *Mr. James A. Major* for the petitioners.

*Messrs. Contant & Contant* and *Mr. Kent A. Losche* for the respondent.

July 1, 1966. Denied.

WALTER E. SMITH, *ET AL.*, PLAINTIFFS, v. THELMA JOHNSON, DEFENDANT-THIRD PARTY PLAINTIFF-RE-SPONDENT, v. ALLSTATE INSURANCE COMPANY, THIRD PARTY DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Kisselman, Devine, Deighan & Montano* for the petitioner.

*Mr. H. Hurlburt Tomlin* for the respondent.

July 1, 1966. Denied.